# UNITED STATES DISTRICT COURT
for the

District of New Hampshire ☑

FILED - USDC -NH
2024 SEP 3

ERIC KRATZENBERG

*Plaintiff(s)*

v.

GORDON MACDONALD et al.

*Defendant(s)*

Civil Action No. 1:24-cv-205-JL-TSM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

New Hampshire Supreme Court,
℅ Gordon MacDonald, administrative judge
New Hampshire Suprmr Court
1 Charles Doe Drive, Concord, NH 03301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

PO Box 162
85 Condy Road
Peterborough NH 03458
603-320-9019
ekratz314@protonmail.me

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/02/2024

with ECF Notice attached.

DANIEL LYNCH, Clerk

By: Megan Cahill, Deputy Clerk

JUL 08 2024

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* New Hampshire Supreme Court
was received by me on *(date)* _____ .

☒ I personally served the summons on the individual at *(place)* 1 Charles Doe Dr Concord to Stephanie Schiller, Court Assistant on *(date)* 8/19/24 @ 11:24am

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/21/24

*Server's signature*

Kaitlyn Burt, Deputy Sheriff
*Printed name and title*

333 Daniel Webster Hwy Boscawen, NH
*Server's address*

Additional information regarding attempted service, etc:

AO 440) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire ☑

| | |
|---|---|
| **ERIC KRATZENBERG** ) | |
| ) | |
| ) | |
| ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. 1:24-cv-205-JL-TSM |
| **GORDON MACDONALD et al.** ) | |
| ) | |
| ) | |
| ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gordon MacDonald
% NH Supreme Court, 1 Charles Doe Drive, Concord, NH 03301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

PO Box 162
85 Condy Road
Peterborough NH 03458
603-320-9019
ekratz314@protonmail.me

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 07/02/2024

with ECF Notice attached.

DANIEL LYNCH, Clerk

By: Megan Cahill, Deputy Clerk

Jul 09 2024

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Gordon Macdonald__

was received by me on *(date)* _____.

☒ I personally served the summons on the individual at *(place)* __1 Charles Doe Dr Concord to Stephanie Schiller, Court Assistant__ on *(date)* __8/19/24 @ 1123 am__

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __8/21/24__

__[signature]__
Server's signature

__Kaitlyn Burt Deputy Sheriff__
Printed name and title

__333 Daniel Webster Hwy Boscawen NH__
Server's address

Additional information regarding attempted service, etc: