FILED - USDC -NH
2024 SEP 3 PM 1:32

29 August 2024

To: Tracy Uhrin, deputy clerk
    USDC District of New Hampshire
    US Court House
    Concord NH

Re: Filing in Kratzenberg v. MacDonald  1:24-cv-205-JL-TSM

Tracy

I have attached copies of the original summons for each of the defendants and proof of service of the lawful service of the summons on each of them by a deputy sheriff of Merrimack County NH.

Docket these items as official filings in the instant action as sooin as possible.

Eric Kratzenberg, plaintiff

Pro Se and Proud!

X EKratz

I have Also included An Petiton For ECF Filing Access