

UNITED STATES POSTAL SERVICE ®

- Expected delivery d...
- Domestic shipments...
- USPS Tracking® ser...
- Limited international...
- When used internati...

*Insurance does not cover c...
Domestic Mail Manual at htt...
** See International Mail Ma...

FLAT RATE
ONE RATE ■ ANY W...

TRACKED ■...

PS000010000...

UNITED STATES POSTAL SERVICE. | Retail

P | US POSTAGE PAID
$9.85
Origin: 03862
08/31/24
3260300862-04

PRIORITY MAIL®

0 Lb 2.60 Oz
RDC 03

EXPECTED DELIVERY DAY: 09/03/24

C011

SHIP TO:
RM 110
55 PLEASANT ST
CONCORD NH 03301-3941

USPS TRACKING® #

9505 5161 3366 4244 9017 81



FROM: E. Kretzenbe...
POB 162
Peterborough
03458

TO:
Tracy Uhrin
Clerk of Courts
U.S. Court Hous...
Suite #110
55 Pleasant St.
Concord NH
03301


