# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
*************************************
Eric Kratzenberg,                    *
                                     *
         Plaintiff,                  *
v.                                   *   No. 24-cv-205-JL-TSM
                                     *
N.H. Supreme Court, et al.,          *
                                     *
         Defendants.                 *
                                     *
*************************************
```

## MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE PLEAD

The New Hampshire Supreme Court and Chief Justice Gordon J. MacDonald ("the defendants"), by and through the Office of the New Hampshire Attorney General, move to extend their deadline to answer or otherwise plead. In support of this request, the defendants state as follows:

1. The plaintiff brings this action pro se. ECF Doc. No. 1. He has paid the filing fee. *See* Docket, July 9, 2024 Entry ("Filing fee $405 receipt number 1535.").

2. Consequently, the plaintiff's complaint is subject to Local Rule 4.3(d)(3), which applies to "filings by nonincarcerated pro se parties who have paid the filing fee . . ." LR 4.3(d)(3) (capitalization omitted). This rule provides:

> The clerk's office shall forward initial filings, including actions removed by a pro se defendant, to the magistrate judge for preliminary review to determine whether the court has subject matter jurisdiction. If the magistrate judge determines that the court lacks subject matter jurisdiction, the magistrate judge shall either recommend that the filings be dismissed, recommend that a removed action be remanded, or grant the party leave to file amended filings in accordance with the magistrate judge's directives.

- 2 -

3. As of the date of this filing, it does not appear that this preliminary review has been completed.

4. The plaintiff has, however, received summonses, which he has purportedly served on the defendants.

5. It is not clear from the Local Rules whether the defendants' answer deadline is triggered by virtue of service, as contemplated under Federal Rule of Civil Procedure 12(a), or if the time to answer or otherwise plead runs from the time the Magistrate Judge completes preliminary review.

6. The defendants understand that the plaintiff seeks to file a motion for default, though no motion has been docketed as of the time of this filing.

7. The defendants do not believe that a default is appropriate given that this matter remains in preliminary review under Local Rule 4.3(d)(3). Nor do the defendants believe that it makes sense to require that they answer before that review is complete, as the review has the potential to dictate whether this lawsuit will proceed and, if so, whether an amended pleading will be necessary, thus restarting any answer deadline.

8. To the extent this Court is of the view that the defendants' answer obligation is triggered based on service rather than the completion of preliminary review, the defendants respectfully request that this Court extend their deadline to answer or otherwise plead until 30 days after preliminary review is complete. Furthermore, if the Court directs the plaintiff to file an amended complaint, the defendants request that deadline be extended until 30 days after the amended pleading is filed.

9. This extension promotes efficiency and judicial economy. It also avoids fragmenting the litigation of this matter, given that the plaintiff has indicated that he will seek to

amend his complaint to add the Clerk of the Supreme Court as a defendant, any amended pleading may affect the timing and resolution of preliminary review, and defense counsel can waive service for the Clerk, thereby setting his answer deadline out sixty days under Federal Rule of Civil Procedure 4.

10. The defendants, through counsel, sought the plaintiff's assent to this motion by email on September 12, 2024, but have not received a response as of the date of this filing.

WHEREFORE, the defendants respectfully request that this Honorable Court:

A. Extend their deadline to answer or otherwise plead to:

   a. Thirty days after the date the Court completes its preliminary review; or

   b. If the Court directs that the plaintiff file an amended complaint, thirty days after any amended pleading is filed; and

B. Grand such further relief as the Court deems just and proper.

Respectfully submitted,

The New Hampshire Supreme Court and Chief Justice Gordon MacDonald

By their attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

Dated: September 13, 2024    /s/ *Christopher G. Bond*
Christopher G. Bond, No. 20161
Associate Attorney General
N.H. Department of Justice
1 Granite Place – South
Concord, NH 03301
(603) 271-3650
Christopher.g.bond@doj.nh.gov

- 4 -

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served on all parties via the Court's electronic filing system.

                                              /s/ *Christopher G. Bond*
                                              Christopher G. Bond