UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

1:24-cv-00205-JL-TSM

ERIC KRATZENBERG, as *Plaintiff*

V.

GORDON MACDONALD, *et al.*, as *Defendants*

**12 September 2024**

---

PETITION TO DEFAULT DEFENDANTS FOR FAILING
TO TIMELY RESPOND TO PLEADINGS

---

1.    This is a civil rights action brought by Plaintiff Kratzenberg to protect his First Amendment right to petition all courts and his constitutionally protected equal opportunity under law to appeal state court judgments to Defendant NH Supreme Court.

2.    On 19 August 2024 a Merrimack County depute sheriff served IN HAND both Defendants with a copy of the summons and the pleadings.

3.    The rules of the Court give every non-federal defendant twenty-one days after they are served a copy of the summons in a civil action to respond to the pleadings of a plaintiff.

4.    By the instant date of 12 September 2024 more than twenty-one days have elapsed since the said September 19th service of the summons/complaint on each of the Defendants.

5.    Yesterday,  Defendants were directly contacted by phone and by email by the Plaintiff. They, were NOTIFIED of the necessity of immediately filing a response to the pleadings.

6.    I advised  them of my intent to petition the Court to default them if they failed to immediately provide me any assurance of their intent to either respond to the pleadings and/or to petition the Court for an extension of the date to do so.

**26 July 2024 Kratzenberg's Petition to Default Defendants**

     8.     The Defendants have both failed to respond to my said notifications to them.

     THEREFORE, I petition the Cou2r to immediately default the Defendants for their non-repentant and negligent failure to timely file with the Court the required response to my pleadings after having been lawfully served with a copy of the summons and my pleadings by a Merrimack Count deputy sheriff on 19 August 2024.

BY:

/s/ Eric Kratzenberg

_____ _____

Eric Kratzenberg (Petitioner)


CERTIFICATE OF SERVICE: The undersigned hereby certifies that a true copy of the above document was sent this day to each off the Defendants at their place of business via USPO First Class Mail.

     Eric Kratzenberg     /s/ Eric Kratzenberg