UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

1:24-cv-00205-JL-TSM

ERIC KRATZENBERG, as *Plaintiff*

V.

GORDON MACDONALD, *et al.*, as *Defendants*

**12 September 2024**

---

PETITION FOR AN ORDER ISSUING A SUBPOENA TO BE SERVED ON NH ADMINISTRATIVE OFFICE OF THE COURT TO OBTAIN HOME ADDRESSES OF THE DEFENDANTS TO ENABLE SERVICE OF SUMMONS ON THEM

---

1. The First Amendment Petition Clause Protects the Right of my petitioning the Court. Defendants including MacDonald is mandated by the 14th Amendment to proactively accept my summons in the instant action and to willingly participate in the proceedings of the instant action.

2. MacDonald is violating the Civil Right Act by maliciously evading the service of my summons upon it ("Summons Service"). When the deputy sheriff appeared at the NH Supreme Court (NHSC), MacDonald refused to meet her and hid in its office like a coward. Upon information and belief he has maliciously ordered his underlings at the NHSC to deny that the Summons Service was made and to not answer any questions about the whereabouts of the Summons Service.

3. It is incontrovertible that a Summons Service must be made directly upon the evading and hostile Defendants IN HAND at his PLACE OF ABODE.

4. I have concurrently filed a petition with the Court to issue an order defaulting the Defendants for failing to file a timely response to the 19 August 2024 Summons Service that was made on them IN HAND by a Merrimack County Deputy Sheriff.

2

**12 September 2024 Kratzenberg's Petition for the Issuance of a Subpoena**

THEREFORE, I petition the Court to immediately order the issuing of a subpoena to be served on the NH Administrative Office of the Courts in Concord NH seeking the residential address and other contact information for both Defendant MacDonald and the Clerk of the NHSC in order insure that the summons service will be made IN HAND and/or on their ABODE.

ALTERNATIVELY: For the Court to issue an ORDER declaring that the Defendants have both been properly served a copy of the summons and the pleadings.

BY:

/s/ Eric Kratzenberg
_____  _____
Eric Kratzenberg (Petitioner)

CERTIFICATE OF SERVICE: The undersigned hereby certifies that a true copy of the above document was sent this day to each off the Defendants at their place of business via USPO First Class Mail.

Eric Kratzenberg         /s/ Eric Kratzenberg