UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

```
*************************************
Eric Kratzenberg,                   *
                                    *
        Plaintiff,                  *
    v.                              *   No. 24-cv-205-JL-TSM
                                    *
N.H. Supreme Court, et al.,         *
                                    *
        Defendants.                 *
                                    *
*************************************
```

**DEFENDANTS' OBJECTION TO PLAINTIFF'S PETITION**

The New Hampshire Supreme Court and Chief Justice Gordon J. MacDonald ("the defendants"), by and through the Office of the New Hampshire Attorney General, object to plaintiff's petition [ECF Doc. No. 9], stating the following as grounds:

1. Plaintiff filed a petition on September 16, 2024, in which he requests the Court to "immediately order the issuing of a subpoena to be served on the NH Administrative Office of the Courts in Concord NH seeking the residential address and other contact information for both Defendant MacDonald and the Clerk of the NHSC in order insure [sic] that the summons service will be made IN HAND and/or on their ABODE." ECF Doc. No. 9 at 2. Alternatively, he requests an order "declaring that the Defendants have both been properly served a copy of the summons and the pleadings." *Id.*

2. Defendants filed a waiver of the service of summons on September 17, 2024. ECF Doc. No. 10. In doing so, defendants "waive any objections to the absence of a summons or of service." *Id.*

3. Plaintiff's petition regarding service of the summons is now moot, as defendants have waived service. Accordingly, plaintiff's petition should be denied.

WHEREFORE, the defendants respectfully request that this Honorable Court:

A. Deny plaintiff's petition [ECF Doc. No. 9] as moot; and

B. Grant such further relief as the Court deems just and proper.

> Respectfully submitted,
>
> The New Hampshire Supreme Court and Chief Justice Gordon MacDonald
>
> By their attorney,
>
> JOHN M. FORMELLA
> ATTORNEY GENERAL

Dated: September 30, 2024

/s/ *Christopher G. Bond*
Christopher G. Bond, No. 20161
Associate Attorney General
N.H. Department of Justice
1 Granite Place – South
Concord, NH 03301
(603) 271-3650
Christopher.g.bond@doj.nh.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all parties via the Court's electronic filing system.

/s/ *Christopher G. Bond*
Christopher G. Bond