# EXHIBIT A

# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2024-0036, <u>In the Matter of Eric Kratzenberg and Lynn Wilson</u>, the clerk of court on February 20, 2024, issued the following order:**

On January 16, 2024, Eric Kratzenberg filed a Rule 7 notice of mandatory appeal. The appeal is from a decision for a petition to modify child support and alimony filed in a post-divorce domestic relations matter. Supreme Court Rule 3 excepts from the definition of "mandatory appeal" an appeal from a final decision on the merits, other than the first final order, issued in, or arising out of, a domestic relations matter filed under RSA Title XLIII (RSA chapters 457 to 461-A). Accordingly, this appeal is not a "mandatory appeal" under Rule 3.

This is a discretionary appeal, and, therefore, the court has discretion to decline to accept the appeal or any question raised therein. <u>See</u> Rule 7(1)(B). Because the notice of discretionary appeal form provides more information than the notice of mandatory appeal form, Eric Kratzenberg may wish to refile the appeal on a notice of discretionary appeal form before the court screens the appeal to determine whether to accept or decline the case. Accordingly, on or before March 1, 2024, Eric Kratzenberg <u>may</u> refile the appeal on a notice of discretionary appeal form. The notice of discretionary appeal form (NHJB-2297-SUP) is available at [https://www.courts.nh.gov/our-courts/supreme-court/forms](https://www.courts.nh.gov/our-courts/supreme-court/forms).

This order is entered pursuant to Rule 21(8).

**Timothy A. Gudas,<br>Clerk**

Distribution:
Mr. Eric Kratzenberg
Ms. Lynn Wilson
File