UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ERIC KRATZENBERG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 24-cv-00205-JL-TSM |
| ) | |
| NEW HAMPSHIRE SUPREME COURT *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **OBJECTION TO PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS**

NOW COME the Defendants, the New Hampshire Supreme Court (the "Supreme Court") and the Honorable Gordon J. Macdonald, in his official capacity as the Chief Justice of the Supreme Court (the "Chief Justice") (collectively, the "Defendants"), by and through their attorneys, the Office of the Attorney General of the State of New Hampshire, and hereby object to the Plaintiff's Motion for Judgment on the Pleadings as follows:

1. The Plaintiff commenced this action upon the filing of his Complaint with this Court on July 9, 2024.

2. On November 1, 2024, the Defendants moved to dismiss the Plaintiff's Complaint. Exactly twenty-one days later, on November 22, 2024, the Plaintiff filed his Amended Complaint, which is a carbon copy of the original Complaint in all material respects.

3. The Defendants have not filed an Answer in this case as of the date of this Objection. Instead, the Defendants elected to file their Motion to Dismiss the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and (6), which has been contemporaneously filed with this Objection.

4. Nevertheless, the Plaintiff decided that now is the appropriate time to file his Motion for Judgment on the Pleadings pursuant to Fed. R. Civ. P. 12(c).

5. This Motion is premature because the proper time to move for judgment on the pleadings is "[a]fter the pleadings are closed." Fed. R. Civ. P. 12(c). "[T]he pleadings are closed for the purpose of Rule 12(c) once a complaint and answer have been filed." *Doe v. United States*, 419 F.3d 1058, 1061 (9th Cir. 2005) (holding that plaintiff's Rule 12(c) motion should have been denied as premature because the defendant had not yet filed an answer).

6. The Defendants have not filed an Answer in this case. Thus, the pleadings are not closed and any Rule 12(c) motion filed at this time should be denied as premature.

WHEREFORE, the Defendants respectfully request this Court to deny the Plaintiff's Motion for Judgment on the Pleadings and grant such other and further relief as it deems just and proper.

Respectfully submitted,

THE NEW HAMPSHIRE SUPREME COURT
and THE HONORABLE JUSTICE GORDON
J. MACDONALD

By their attorneys,

JOHN M. FORMELLA
ATTORNEY GENERAL

Dated: December 2, 2024

/s/ Christopher G. Bond
Christopher G. Bond, Esq., Bar No. 20161
Associate Attorney General
New Hampshire Department of Justice
Civil Law Bureau
1 Granite Place South
Concord, NH 03301
(603) 271-3650
christopher.g.bond@doj.nh.gov

## CERTIFICATE OF SERVICE

    I, Christopher G. Bond, hereby certify that on this date, I caused a true copy of the foregoing to be served by this Court's electronic filing system to all parties who have entered appearances in this case.

Dated: December 2, 2024	/s/ Christopher G. Bond
                                                                              Christopher G. Bond, Esq.