UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>ERIC KRATZENBERG</u>

    v.                                                                                       Civil No. 24-cv-205-JL-TSM

<u>NEW HAMPSHIRE SUPREME COURT, ET AL.</u>

## **ORDER**

On November 1, 2024, defendants, the New Hampshire Supreme Court (NHSC) and the Honorable Gordon J. MacDonald, in his official capacity as the Chief Justice of the NHSC, filed a motion to dismiss (doc. no. 13) self-represented plaintiff, Eric Kratzenberg's lawsuit. On November 22, 2024, plaintiff filed an Amended Complaint (doc. no. 14) as of right. <u>See</u> Fed. R. Civ. P. 15(a)(1)(B). Plaintiff subsequently filed a corrected Amended Complaint (doc. no. 15) on November 25, 2024. In accordance with LR 15.1(c), defendants' pending Motion to Dismiss for Failure to State a Claim is denied without prejudice. Defendant(s) shall respond to the corrected Amended Complaint (doc. no. 14) as may be appropriate under Fed. R. Civ. P. 12, within the time allowed under Fed. R. Civ. P. 15(a).

**SO ORDERED.**

                                                                                              _____
                                                                                              Talesha L. Saint-Marc
                                                                                              United States Magistrate Judge

December 4, 2024

cc:    Eric Kratzenberg, pro se
        Christopher George Bond, Esq.