UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

1:24-cv-00205-JL-TSM

ERIC KRATZENBERG, as *Plaintiff*

V.

GORDON MACDONALD, *et al.*, as *Defendants*

**13 May 2025**

---

EMERGENCY PETITION TO EXTEND TO 19 MAY 2025 THE DEADLINE
FOR PLAINTIFF TO RESPOND TO MAGISTRATES REPORT

---

I — Plaintiff Eric Kratzenberg — SPEAKS:

1. I am petitioning the Court to extend to 19 May 2025 the deadline for my responding to the magistrates 30 April 2025 report recommending the dismissal of the instant action.

2. I am not an attorney, have no access to a law library, and need the requested extension to conduct the necessary legal research to be able to meaningfully respond to the magistrate's legal claims and almost one hundred cited case authorities.

3. I will be filing my personal declaration with the Court that will attest to my having settled all my claims with my ex-spouse and filing the settling agreement with the state court which was approved by the presiding judge. So it is not possible to claim I am appealing any aspect of the state case with the Court since the settlement prohibits any future change in any matter in the state court divorce case. In short, the issues in the state court are now MOOT and cannot be affected by any possible decision by this Court.

   I ask the Court to grant me my requested relief

By:

/s/ Eric Kratzenberg

_____

Erick Kratzenberg

PO Box 162, Peterborough NH 03458

603-320-9019 ekratz314@protonmail.me

CERTIFICATE OF SERVICE: The undersigned hereby certifies that a true copy of the above document was served on the Defendants via ECF.          /s/ Eric Kratzenberg