UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

1:24-cv-00205-JL-TSM

ERIC KRATZENBERG, as *Plaintiff*

V.

GORDON MACDONALD, *et al.*, as *Defendants*

**16 May 2025**

DECLARATION OF ERIC KRATZENBERG

I — Plaintiff Eric Kratzenberg — swear and depose as follows:

1. I am the Plaintiff in the above captioned action. I am only petitioning the Court in the instant action to obtain injunctive relief and a declaratory judgment to protect my constitutional right to obtain appellate review by right from the NH Supreme Court of any order or judgment issued against me in the future by a NH trial court. I am also asking the Court to declare that the NH Divorce Statute is constitutionally informed on its face and as specifically applied to me. And for the Court the Court to enjoin its enforcement against me so that I will be able to gain marry and start a new family with children.  Again, I am not in any way seeking any review by the Court of any aspect of my former state divorce proceedings against a former spouse.

2. On 20 September 2024, I signed with my former spouse a settlement agreement that finalized and terminated our divorce proceedings in the NH District Court for family business ("Divorce Settlement Agreement"). **FN1.** The Divorce Settlement Agreement was signed during a court hearing in our divorce case and was approved during this hearing by the presiding judge. **See Addendum #1: Divorce Settlement Agreement.** After I signed the agreement, I paid my former spouse in the necessary funds required to consummate our settlement agreement. The settlement agreement resolves every conflict and legal obligation between me and my former spouse.  The said divorce action is now officially terminated by the state court. Pursuant to the

---

[1] See 20 September 2024. "Joint Notice of Settlement and Motion for Court to Order that All Financial Obligations between Parties are Fulfilled And Terminated." *In the Matter of Eric Kratzenberg and Lynn Wilson*. 648-2019-DM-108 (NH D. Jaffrey Family Division 2024).

**16 May 2025 Declaration of Eric Kratzenberg**

Divorce Settlement Agreement I am now free of any further financial or legal obligations to my former spouse. There is no longer any remaining dispute between us from our former marriage or its termination.

3. I am currently involved in a long-term romantic relationship with a woman that has gone on for several years. I am considering getting married to her. However, I am deterred from doing so by my being subject again to the enforcement of the constitutionally infirmed NH Divorce Statute since I plan to stay living in NH over the long term to be close to my children and other family members. If I cannot get a court to enjoin the enforcement of this statute against me and my prospective spouse, I simply cannot get married again owing to the irreparable and financial injuries that this statute will unlawfully inflict on me in any prospective future divorce proceedings in which I am a party.

4. Right now, I am being irreparably injured right by the NH Divorce Statute since it is coercing me to not enjoy my right and desire to get married again by its intimidating me with the threat of irreparable injury of my constitutional rights and massive financial injury and therefore coercing me from getting married again.

Signed under the pains and penalties of perjury this 16th Day of May in the year 2025 by

/s/ Eric Kratzenberg

_____
Eric Kratzenberg
PO Box 162, Peterborough NH 03458
603-320-9019 & ekratz@protonmail.com

CERTIFICATE OF SERVICE: The undersigned hereby certifies that a true copy of the above document was served on the Defendants via ECF.

/s/ Eric Kratzenberg

**16 May 2025 Declaration of Eric Kratzenberg**

ADDENDUM #1:

KRATZENBERG'S 20 SEPTEMBER 2025 DIVORCE SETTLEMENT AGREEMENT

**16 May 2025 Declaration of Eric Kratzenberg**

STATE OF NEW HAMPSHIRE Judicial Branch

Originating Court - 8th CIRCUIT COURT, JAFFREY FAMILY DIVISION

DOCKET NO:648-2019-DM-108

IN THE MATTER OF ERIC KRATZENBERG AND LYNN WILSON

20 September 2024

**JOINT NOTICE OF SETTLEMENT AND MOTION FOR COURT TO ORDER THAT ALL FINANCIAL OBLIGATIONS BETWEEN PARTIES ARE FULFILLED AND TERMINATED**

The parties — Eric Kratzenberg & Lynn Wilson — jointly notify the court that a settlement agreement has been reached between them over all further financial obligation owed to each other that was set down by the 15 January 2021 divorce decree entered by the Court ('Divorce Decree').

The parties now jointly move the court to —

1. Find that all alimony obligations between the parties have now been fulfilled on this date, and to void and terminate all further alimony payment obligations between the parties after Kratzenberg, on this date, having made a FINAL alimony payment to Wilson in the amount of $118,000.00(One Hundred Eighteen Thousand Dollars and Zero Cents).

2. Order that the Alimony obligation between the parties be permanently settled. Neither party can seek any further payment of alimony from the other in the future.

3. Terminate any life and/or health insurance obligation between the parties.

4. Void the Court's 15 November 2023 (J. Forrest) order that required that Kratzenberg make certain alimony payments to Wilson and/or find that it has been fulfilled.

5. Find that all remaining outstanding motions by either party are either WITHDRAWN by them or otherwise are now moot.

6. Terminate all outstanding contempt proceedings against Kratzenberg.



**16 May 2025 Declaration of Eric Kratzenberg**

> 20 September 2024 Joint Motion & Settlement Agreement to Terminate Further Alimony Obligations 2
>
> ### Summary
>
> The Parties on this date have PERMANENTLY settled all their alimony debt and mutual past financial obligation to each other that arose as a result of the commencement of the instant action and the Court issuing the Divorce Decree.
>
> For the above stated reasons, the parties jointly ask the Court to issue their requested relief.
>
> Respectfully submitted by:
>
> /s/ Eric Kratzenberg  _[signature]_  9/20/2024
> ———————————
> Eric Kratzenberg (Petitioner)
>
> /s/ Lynn Wilson  _[signature]_  9/20/2024
> ———————————
> Lynn Wilson (Respondent)
>
> Approved
> +
> So ordered.
>
> _[signature]_
> Hon. Joseph D. Tessier
> 9/20/2024