UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Eric Kratzenberg

    v.                                            Case No. 24-cv-205-JL-TSM

NH Supreme Court, Chief Justice, et. al.

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated April 30, 2025.

_____
Joseph N. Laplante
United States District Judge

Date: May 30, 2025

cc: Eric Kratzenberg, pro se
    Counsel of Record