```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Eric Kratzenberg

    v.                                                  Case No. 24-cv-205-JL-TSM

NH Supreme Court, Chief Justice, et. al.


## JUDGMENT

In accordance with the Order by Judge Joseph N. Laplante dated May 30, 2025, approving the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated April 30, 2025, judgment is hereby entered.

The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

                                                      By the Court:

                                                      /s/ Tracy A. Uhrin
                                                      Tracy A. Uhrin
                                                      Clerk of Court


Date: May 30, 2025

cc: Eric Kratzenberg, pro se
    Counsel of Record