UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

1:24-cv-00205-JL-TSM

ERIC KRATZENBERG, as *Plaintiff*

V.

GORDON MACDONALD, *et al.*, as *Defendants*

**13 July 2025**

_____

PLAINTIFF'S FRCP RULES 15 & 59 PETITION FOR THR COURT TO REVISE ITS JUDGMENT OF DISMISSAL AND ACCEPT KRATZENBERG'S AMENDED COMPLAINT
_____

I — Plaintiff Eric Kratzenberg — SPEAKS:

I am petitioning the Court pursuant to FRCP Rules 15 & 59 revise its judgment of dismissal and to accept Kratzenberg's concurrently filed complaint on this day for Kratzenberg's continued prosecution of my claims against the Defendants in his said amended complaint to replace his earlier amended complaint the Court dismissed. **FN1** I am prosecuting my claims as a pro se petitioner with absolutely no experience or education in arguing in doing so in a court of law. I have no access to any law library and no law library is available to me or any other pro se litigant in New Hampshire.

In support of the instant motion, on this date I have concurrently filed today my proposed amended complaint.

I was impaired by the Court's issuing a judgment that dismissed all my claims against the Defendants ("Dismissal Judgement"). The Dismissal Judgement did not provide any explanation on why it dismissed all my Complaint's claims. I was flummoxed that after my afforming in writing to the Court that I sought no appeal of a state's court's judgments and had settled my

---

[1] 22 November 2024 Kratzenberg's "Amended Complaint For Declaratory, Injunctive & Compensatory Relief And For A Jury Trial."

claims in state court once and for all, the Court still chose to dismiss my said meritorious claims only seeking prospective injunctive relief

I have filed this third amended complaint and in doing so I have addressed the concerns expressed by the Court regarding Rooker-Feldman Doctrine and Legislative Immunity.

My Amended Complaint drops all my claims concerning the NH Divorce Statute and the issues concerning its retrospective enforcement. I have dropped my request for a jury trial. I am only seeking prospective injunctive relief against the NH Supreme Court and its Chief Justice's to prevent the the future enforcement of NHSC Rule 3 & 7 over their discriminatory granting of a mandated appeal to only certain cases that are mostly having attorneys represent the plaintiff/defendants.

I have my remaining claim that the NHSC discriminatory rules 3 & 7 that only allow certain categories of cases to have a mandatory opportunity for appeal and other most brought by pro se plaintiffs get no equal right to have a mandated appeal. I claim that these rules violate the First and Fourteenth Amendments protection of the right to petition the court and protection from discriminatory access to foundational rights under the Constitution.

I have eliminated my state claims but as stated also add a new claims seeking injunctive relief requiring the NHSC to accept for consideration my May 2025 petition to it to adopt administrative rules, including revoking the discriminatory provisions of NHSC Rules 3 & 7. Currently the judges of the NHSC have wholly refused to either accept or consider my petitioned for measures to the NHSC.

I finally seek a return of the $250.00 I paid to get a mandated appeal of my state case judgment in the NH Family Court. The NHSC rejected my petition for a mandated appeal of the NH court ruling. I am claiming a violation of the Constitution's Contract Clause in the state agency returning the fee I paid for something that I did not get.

## Summary

I ask the Court to grant my requested relief.

By:
    /s/ Eric Kratzenberg

    _____
    Erick Kratzenberg
    PO Box 162
    Peterborough NH 03458
    603-320-9019
    ekratz314@protonmail.me

CERTIFICATE OF SERVICE: The undersigned hereby certifies that a true copy of the above document was served on the Defendants via ECF.

/s/ Eric Kratzenberg