UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

1:24-cv-00205-JL-TSM

ERIC KRATZENBERG, as *Plaintiff*

V.

GORDON MACDONALD, *et al.*, as *Defendants*

20 November 2025

_____

PLAINTIFF'S NOTICE OF APPEAL
_____

I — Plaintiff Eric Kratzenberg — SPEAKS:

I NOTIFY the Court that I am APPEALING every order issued by the Court in the instant action including its order dismissing all my claims against the Defendants.

**Summary**

See ya at the Supreme Court and at Rule 60.

By:

/s/ Eric Kratzenberg

_____
Erick Kratzenberg
PO Box 162
Peterborough NH 03458
603-320-9019
ekratz314@protonmail.me


CERTIFICATE OF SERVICE: The undersigned hereby certifies that a true copy of the above document was served on the Defendants via ECF.   /s/ Eric Kratzenberg