UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1. USDC/NH Case No. 24-cv-205-JL-TSM

2. TITLE OF CASE: Eric Kratzenberg v. NH Supreme Court, Chief Justice

3. TYPE OF CASE: Civil

4. NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

5. NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

6. NAME OF JUDGE: Judge Joseph Laplante

7. DATE OF JUDGMENT OR ORDER ON APPEAL: **October 23, 2025**

8. DATE OF NOTICE OF APPEAL: **November 20, 2025**

9. FEE PAID or IFP: NO

10. COURT APPOINTED COUNSEL: Not Applicable

11. COURT REPORTER(S): and DATES: NONE

12. TRANSCRIPTS ORDERED/ON FILE: NO

13. HEARING/TRIAL EXHIBITS: NO

14. MOTIONS PENDING: NO

15. GUIDELINES CASE: NO

16. RELATED CASES or CROSS APPEAL: NO

17. SPECIAL COMMENTS: NO