UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Eric Kratzenberg

v. No. 24-cv-205-JL-TSM

NH Supreme Court, Chief Justice, et al.

CLERK'S CERTIFICATE TO
CIRCUIT COURT OF APPEALS

I, Kellie Otis, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the record on appeal to the First Circuit Court of Appeals:

DOCUMENTS NUMBERED: Endorsed Orders dated 9/4/2024, 10/1/2024, 10/8/2024, 10/9/2024, 12/4/2024, 12/5/2024, 12/26/2024, 2/14/2025, 3/6/2025, 3/24/2025, 4/30/2025, 5/15/2025, 5/30/2025, 7/7/2025, 10/23/2025.

The Clerk's Office hereby certifies the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, December 30, 2025

**Tracy Uhrin, Clerk**

**By: /s/ Kellie Otis, Deputy Clerk**

**Dec 30, 2025**

cc: Eric Kratzenberg, pro se
Christopher George Bond, Esq.