# United States Court of Appeals
## For the First Circuit

---

No. 26-1014

ERIC KRATZENBERG,

Plaintiff - Appellant,

v.

GORDON J. MACDONALD, NH Supreme Court, Chief Justice, in the individual capacity as well as in the official capacity as the Chief Justice and Administrator of the NH Supreme Court; NH SUPREME COURT,

Defendants - Appellees.

---

**MANDATE**

Entered: May 27, 2026

In accordance with the judgment of May 5, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Christopher G. Bond
Eric Kratzenberg